**Motion Granted; Order filed December 19, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00432-CV

_____

**PRABHA BHALLA, M.D., Appellant**

**V.**

**CRAIG JAMES WOOLDRIDGE AND EVA WOOLDRIDGE, Appellee**

On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2012-56213

# A B A T E M E N T   O R D E R

On December 11, 2013, the parties filed a joint motion to abate the appeal to permit the parties to finalize a settlement agreement. The motion is granted. Accordingly, we issue the following order.

The court **ORDERS** the appeal abated until **January 17, 2014**. The court **ORDERS** the parties to file a motion to dismiss the appeal, other dispositive

motion, or a motion for additional time to file the dispositive motion, within **ten days** from the conclusion of the abatement period.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket until January 17, 2014, at which time the appeal will be reinstated. The court will also consider an appropriate motion to reinstate the appeal filed by any party. Any party may also file a motion to dismiss the appeal or other dispositive motion at any time. Any party may also file a motion to extend the abatement period to finalize a settlement.

PER CURIAM